954

*man, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Morton K. Rothschild* for respondent.

No. 563. MERRICK ET AL., DOING BUSINESS AS BROOK-FIELD LABORATORIES, *v.* SHARP & DOHME, INC. C. A. 7th Cir. Certiorari denied. *Cyril A. Soans* and *William E. Anderson* for petitioners. *George E. Middleton* and *L. B. Mann* for respondent.

No. 570. LEVOY *v.* STYL-RITE OPTICAL CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Eugene L. Bondy* for petitioner. *Irving F. Goodfriend* for respondents.

No. 572. DELTA DRILLING CO. ET AL. *v.* ARNETT. C. A. 6th Cir. Certiorari denied. *Charles G. Middleton, Louis Seelbach, Leo T. Wolford, Ralph W. Garrett, Jack B. Blalock, Clarence Lohman, Edward Kliewer, Jr.* and *F. J. Pentecost* for petitioners. *Thomas E. Sandidge* and *Edwin M. Slote* for respondent.

No. 582. REDWINE, REVENUE COMMISSIONER, *v.* DAN RIVER MILLS, INC. Supreme Court of Georgia. Certiorari denied. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney General, and *Lamar W. Sizemore,* Assistant Attorney General, for petitioner. *William K. Meadow* and *Robert B. Troutman* for respondent.

No. 522. COLE *v.* LOEW'S INCORPORATED. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert W. Kenny* and *Bartley C. Crum* for petitioner. *Irving M. Walker* for respondent.